DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY CALIENDO,**
Appellant,

v.

**GARY E. SOMMER,**
Appellee.

No. 4D2023-0504

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE21020491.

Michael M. Brownlee of Brownlee Law Firm, P.A., Orlando, for appellant.

Gilbert M. Singer of Marcadis Singer, P.A., Tampa, and Courtney A. Schael of Ashford-Schael LLC, Westfield, NJ, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***